1  Philip Cozens, State Bar Number 84051
   1001 Sixth Street, Suite 400
2  Sacramento, CA  95814
   Telephone: (916) 443-1504
3
   Attorney for Defendant Cynthia Vereen
4

5

6

7
                          UNITED STATES DISTRICT COURT
8
                          EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,        )    Case No. 2:05-cr-0337 MCE
                                    )
11        Plaintiff,                )    STIPULATION AND ORDER TO
                                    )    CONTINUE STATUS CONFERENCE
12                                  )    TO APRIL 25, 2006
                                    )
13 CYNTHIA VEREEN,                  )    Date: March 20, 2006
                                    )    Time: 8:30 a.m.
          Defendant.                )    Courtroom: England
14 _____)

15
          It is stipulated between the United States Attorney as represented by Matthew
16
   Stegman, Assistant United States Attorney, and Defendant as represented by Philip
17
   Cozens, attorney at law, that the sentencing in the above-entitled case be continued
18
   from March 21, 2006 at 8:30 a.m. to April 25, 2006 at 8:30 a.m. in the same Courtroom.
19
   It is further stipulated by said Assistant United States Attorney and Defendant that
20
   Defendant need not appear in Court on March 21, 2006, but must appear on April 25,
21
   2006.  Because defendant has asked for production of a blue binder containing audit
22
   materials stored in the post office safe, and the government has
23
   agreed to provide such documents, but have net yet been produced, it is further
24
   stipulated that time should be excluded from the speedy trial right from March 21
25
   through and including April 25, 2006 for defense attorney preparation .

   Dated: March 20, 2006
26

27 __/s/ Matthew Stegman__              __/s/ Philip Cozens_____
   Matthew Stegman, Esq.                Philip Cozens
28 Assistant United States Attorney     Attorney for Defendant
                                        Cynthia Vereen

                                      - 1

# ORDER

The Court, having read and considered the "Stipulation to Continue the Status Conference to April 25, 2006, and finding good cause therefore, the Court hereby orders the following:

1) that the status conference in the above-entitled case be continued from March 21, 2006 at 8:30 a.m. to April 25, 2006 at 8:30 a.m. in the same Courtroom;

2) that Defendant need not appear in Court on March 212, 2006, but must appear on April 25, 2006; and

3) time will be excluded for defense attorney preparation until April 25, 2006.

Dated: March 23, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 2