McGREGOR W. SCOTT
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-05-0337 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | DATE: August 8, 2006 |
| CYNTHIA DIANE VEREEN, ) | TIME: 8:30 a.m. |
| ) | COURT: Hon. Morrison C. England |
| Defendant. ) | |
| _____) | |

It is stipulated between the United States of America, through Matthew Stegman, Assistant United States Attorney, and defendant Cynthia Vereen, by and through her counsel, Philip Cozens, that the status conference currently set for August 1, 2006, at 8:30, be vacated and that a further status conference be set for August 8, 2006, at 8:30 a.m. or as soon thereafter as the Court is available.

This continuance is necessary as defense counsel is in the process of putting together a package consisting of two boxes of discovery to be turned over to the government.  The government will need time to review this discovery.

Due to the above discovery process, the time between August 1, 2006, and August 8, 2006, should be excluded from the 70 days

1

allowed under the Speedy Trial Act for attorney preparation, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) and local code T4.

DATED: July 31, 2006
McGREGOR W. SCOTT
United States Attorney


 /s/ Matthew Stegman
MATTHEW STEGMAN
Assistant U.S. Attorney


DATED: July 31, 2006
 /s/ Philip Cozens
PHILIP COZENS
Attorney for Defendant
Cynthia Vereen

**O R D E R**

**IT IS SO ORDERED.**

DATED: August 1, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE