Philip Cozens, State Bar Number 84051
1007 Seventh Street, Suite 500
Sacramento, CA  95814

Telephone: (916) 443-1504

Attorney for Defendant Cynthia Diane Vereen

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:05-cr-0337 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE STATUS CONFERENCE |
| | ) | TO OCTOBER 3, 2006 |
| | ) | |
| CYNTHIA DIANE VEREEN, | ) | Date: September 12, 2006 |
| | ) | Time: 8:30 a.m. |
| Defendant. | ) | Courtroom: England |
| _____ | ) | |

It is stipulated between the United States Attorney as represented by Matthew Stegman, Assistant United States Attorney, and Defendant as represented by Philip Cozens, attorney at law, that the trial status conference in the above-entitled case be continued from September 12, 2006, at 8:30 a.m. to October 3, 2006 at 8:30 a.m. in the same Courtroom.  It is further stipulated by said Assistant United States Attorney and Defendant that Defendant need not appear in Court on September 12, 2006, but must appear on October 3, 2006.  Defendant's attorney is reviewing voluminous postal records and will be finished by October 3, 2006 and have additional discovery for the government.  It is further stipulated that time should be excluded from the speedy trial right from September 12, 2006 through and including October 3, 2006 for defense attorney preparation.

Dated: September 11, 2006

  /s/ Matthew Stegman  　　　　　　　　  /s/ Philip Cozens
Matthew Stegman, Esq.　　　　　　　　　　　Philip Cozens
Assistant United States Attorney　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　Cynthia Diane Vereen

**ORDER**

The Court, having read and considered the "Stipulation to Continue the Status Conference to October 3, 2006", and finding good cause therefore, the Court hereby orders the following:

1) that the status conference in the above-entitled case be continued from September 12, 2006 at 8:30 a.m. to October 3, 2006 at 8:30 a.m. in the same Courtroom;

2) that Defendant need not appear in Court on September 12, 2006 but must appear on October 3, 2006; and

3) time will be excluded (in accordance with Local Rule T-4) for defense attorney preparation until October 3, 2006.

Dated: September 14, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE