Philip Cozens, State Bar Number 84051
1007 Seventh Street, Suite 500
Sacramento, CA  95814
Telephone: (916) 443-1504

Attorney for Defendant Cynthia Diane Vereen

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:05-cr-0337-MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE STATUS CONFERENCE |
| | ) | TO DECEMBER 19, 2006 |
| | ) | |
| CYNTHIA DIANE VEREEN, | ) | Date: November 17, 2006 |
| | ) | Time: 8:30 a.m. |
| Defendant. | ) | Courtroom: England |
| _____ | ) | |

It is stipulated between the United States Attorney as represented by Matthew Stegman, Assistant United States Attorney, and Defendant as represented by Philip Cozens, attorney at law, that the trial status conference in the above-entitled case be continued from November 21, 2006, at 8:30 a.m. to December 19, 2006 at 8:30 a.m. in the same Courtroom.  It is further stipulated by said Assistant United States Attorney and Defendant that Defendant need not appear in Court on November 21, 2006, but must appear on December 19, 2006.  Defendant's

attorney reviewed voluminous postal records, wrote a letter to the Assistant United States Attorney regarding accounting errors and anomalies in the postal accounting records. The Assistant United States Attorney and the case agent are beginning their investigation. It is further stipulated that time should be excluded from the speedy trial right from November 21, 2006 through and including December 19, 2006 for defense attorney preparation.

Dated: November 16, 2006

__/s/ Matthew Stegman__          _/s/ Philip Cozens_____
Matthew Stegman, Esq.            Philip Cozens
Assistant United States Attorney  Attorney for Defendant
                                  Cynthia Diane Vereen

**ORDER**

The Court, having read and considered the "Stipulation to Continue the Status Conference to December 19, 2006", and finding good cause therefore, the Court hereby orders the following:

1) that the status conference in the above-entitled case be continued from November 21, 2006 at 8:30 a.m. to December 19, 2006 at 8:30 a.m. in the same Courtroom;

2) that Defendant need not appear in Court on November 12, 2006 but must appear on December 19, 2006; and

3) time will be excluded for defense attorney preparation until December 19, 2006 In accordance with Local Rule T-4.

DATED: November 21, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE