```
Philip Cozens, State Bar Number 84051
1007 Seventh Street, Suite 500
Sacramento, CA  95814

Telephone: (916) 443-1504

Attorney for Defendant Cynthia Diane Vereen
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | Case No. 2:05-cr-0337-MCE |
|                               ) | STIPULATION AND ORDER TO |
|     Plaintiff,                 ) | CONTINUE STATUS CONFERENCE |
|                               ) | TO JANUARY 16, 2007 |
| CYNTHIA DIANE VEREEN,         ) | Date: December 19, 2006 |
|                               ) | Time: 8:30 a.m. |
|     Defendant.                 ) | Courtroom:Morrison C. England,Jr. |

It is stipulated between the United States Attorney as represented by Matthew Stegman, Assistant United States Attorney, and Defendant as represented by Philip Cozens, attorney at law, that the trial status conference in the above-entitled case be continued from December 19, 2006, at 8:30 a.m. to January 16, 2007, at 8:30 a.m. in the same Courtroom.  It is further stipulated by said Assistant United States Attorney and Defendant that Defendant need not appear in Court on December 19, 2006, but must appear on January 16, 2007.  Defendant's

attorney reviewed voluminous postal records, wrote a letter to the Assistant United States Attorney regarding what the Defendant alleges are accounting errors and anomalies in the postal accounting records.  The Assistant United States Attorney and the case agent will be meeting with the Defendant's attorney to discuss the defense allegation and review the evidence offered by the Defendant.

It is further stipulated that time should be excluded from the speedy trial right from December 19, 2006 through and including January 16, 2007 for attorney preparation.

Dated: December 18, 2006


__/s/ Matthew Stegman__           __/s/ Philip Cozens_____
Matthew Stegman, Esq.             Philip Cozens
Assistant United States Attorney  Attorney for Defendant
                                  Cynthia Diane Vereen

**ORDER**

The Court, having read and considered the "Stipulation to Continue the Status Conference to January 16, 2007", and finding good cause therefore, the Court hereby orders the following:

1) that the status conference in the above-entitled case be continued from December 19, 2006 at 8:30 a.m. to January 16, 2007 at 8:30 a.m. in the same Courtroom;

2)  that Defendant need not appear in Court on December 19, 2006 but must appear on January 16, 2007; and

3) time will be excluded in accordance with Local Rule T4 for defense attorney preparation until January 16, 2007.

Dated:   December 20, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE