Philip Cozens, State Bar Number 84051
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504

Attorney for Defendant Vereen

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:05-cr-0337-MCE |
| | ) | |
| Plaintiff, | ) | WAIVER OF APPEARANCE; |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| CYNTHIA DIANE VEREEN, | ) | |
| | ) | Hearing Date: February 27, 2007 |
| Defendant. | ) | Dept: Judge England |
| | ) | Time: 8:30 a.m. |

Pursuant to Rule 43(b)(2) of the Federal Rules of Criminal procedure, Defendant Cynthia Vereen submits this waiver of her appearance for the status hearing scheduled for February 27, 2007 at 8:30 a.m. and the subsequent status conferences in the courtroom of the Magistrate Morrison C. England.  Defendant is terminally ill and physically unable to appear at the hearing. United States Attorney, Matthew Stegman, has stipulated to this Waiver of Appearance.

Dated:  February 26, 2007

 _/S/_____          _____/S/_____
Cynthia Diane Vereen                Philip Cozens
Defendant                           Attorney for Defendant
                                    Cynthia Diane Vereen

## ORDER

The Court, having read and considered the "Waiver of Appearance", and finding good cause therefore, such waiver is accepted by the Court.

DATED: February 27, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE