1  Philip Cozens SBN# 854051
   LAW OFFICE OF PHILIP COZENS
2  1007 Seventh Street, Suite 500
   Sacramento, CA  95814
3  Telephone:  (916) 443-1504

4  Attorney for Defendant

5

6                    IN THE UNITED STATES DISTRICT COURT

7                    FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,           ) Case No.: 2:05-cr-00337
                                       )
10            Plaintiff,                ) STIPULATION AND ORDER TO
                                       ) CONTINUE STATUS HEARING TO JUNE
11       vs.                            ) 7, 2007
                                       )
12 CYNTHIA DIANE VEREEN,                ) Date:  May 24, 2007
                                       ) Time:  9:00 a.m.
13            Defendant                 ) Courtroom:  England

14       It is stipulated between the United States Attorney as represented by Matthew Stegman,

15 Assistant United States Attorney, and Defendant as represented by Philip Cozens, attorney at

16 law, that the sentencing hearing in the above entitled case be continued from May 24, 2007 at

17 9:00 a.m.  to June 7, 2007 at 9:00 a.m. in the same Courtroom.  Defendant's attorney, Philip

18 Cozens, is presently in trial on a murder case in San Bernardino County which he anticipates

19 should finish around the first of June 2007.  It is further stipulated by said Assistant United States

20 Attorney and Defendant that Defendant need not appear in Court on May 24, 2007, but must

21 appear on June 7, 2007.  it is further stipulated that time should be excluded from the speedy trial

22 right  from May 24, 2007 through and including June 7, 2007 for defense preparation.

23 Dated this 23rd day of May, 2007

24

25   ___/s/ Matthew Stegman_____

                                                        /s/Philip Cozens
26 Matthew Stegman                                      Philip Cozens, attorney for
   Assistant United States Attorney                     Cynthia Vereen
27

28

STIPULATION AND ORDER - FUNICELLIO - 1

# ORDER

The Court, having read and considered the Stipulation to Continue the Sentencing Hearing to June 7, 2007, and finding good cause therefore, the Court hereby orders the following:

1) that the sentencing hearing in the above-entitled case be continued from May 24, 2007 at 9:00 a.m. to June 7, 2007 at 8:30 a.m. in the same Courtroom;

2) that Defendant need not appear in Court on May 24, 2007, but must appear on June 7, 2007; and

3) time will be excluded for defense attorney preparation until June 7, 2007.

DATED: May 24, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE