```
MCGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2973
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:05-cr-00337-MCE |
| Plaintiff, | ) | |
| v. | ) | AMENDED MOTION TO DISMISS INDICTMENT |
| CYNTHIA DIANE VEREEN, | ) | |
| Defendant. | ) | |

Plaintiff United States of America, by and through its undersigned counsel, pursuant to Fed. R. Crim. P. 48(a), moves to dismiss the indictment filed against defendant CYNTHIA DIANE VEREEN on August 18, 2005. The government has received a death certificate indicating that defendant died on June 30, 2007. Accordingly, the government moves to dismiss the indictment in the above-entitled action.

DATED: August 1, 2007                    MCGREGOR W. SCOTT
                                         United States Attorney


                                    By:  /s/ LAURA L. FERRIS for
                                         MATTHEW C. STEGMAN
                                         Assistant U.S. Attorney

1

ORDER

Based on the motion of the government, and GOOD CAUSE APPEARING THEREFORE, the Court hereby orders that the indictment filed against CYNTHIA DIANE VEREEN, on August 18, 2005, be hereby DISMISSED. Any future dates in this case are VACATED.

IT IS SO ORDERED.

Dated: August 1, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE